# 95-10196
Charter Title, Lt

**CHARTER TITLE, LTD.**
JOHN H. PARSONS, TRUSTEE
209 BENT TREE COURT  PH 504-892-4145
COVINGTON, LA 70433

1180
14-345/650

16 NOV 2004

PAY TO THE ORDER OF  US Bankruptcy Court - Eastern District of Louisiana     $ 6,043.97

Six thousand forty-three and 97/100 ——————————————————— DOLLARS

**OMNI BANK**
2900 Ridgelake Drive
Metairie, Louisiana 70002

FOR UNC...

0196
:003453I: :050300267 7:

---

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Louisiana
New Orleans Division

# 00210536 - SM
November 22, 2004

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| TREASURY | | | 6,043.97 CK |

TOTAL→    6,043.97

FROM: PARSONS

RELIEF
ORDERED
FEE PD
COPY
D.C.
O.R.D.
...
PLEADING

$ 6043.97
Deposited to
Treasury 6047 Bk
on 11/22/04

**John H. Parsons, Trustee**
**Charter Title, Ltd.**
456 Unadilla Street
Shreveport, LA 71106

November 16, 2004

Clerk of Court
U S Bankruptcy Court
Eastern District of Louisiana
500 Poydras Street
Room B-601
New Orleans, LA 70130-3386

Re:  Charter Title, Ltd.
     Case No.: 95-10196

Gentlemen:

Enclosed please find check number 1180 in the amount of $6,043.97, which represents the amount of unclaimed funds in the captioned case following the final claim distribution made on July 27, 2004. Also enclosed is a list of claimants and amounts due them that totals to the amount of the check.

Please contact me should you need any further information concerning the funds.

Sincerely,

John H. Parsons

# CHARTER TITLE, LTD.
## CASE NO. 95-10196
## UNCLAIMED FUNDS PAID TO CLERK OF COURT
## NOVEMBER 16, 2004

| Claim # | Claimant | Description | Amount |
|---|---|---|---:|
| 9 | Theresa Strickler | Priority claim payment | $ 1,365.00 |
| 10 | Terri Bankston Stirling | Unsecured claim payment | $ 42.89 |
| 19 | April Saltarelli | Priority claim payment | $ 1,556.79 |
| 20 | Rhett Michel | Unsecured claim payment | $ 11.27 |
| 28 | Harry Cahill III | Unsecured claim payment | $ 42.84 |
| 30 | Christine A. Pitre | Priority claim payment | $ 2,005.96 |
| 31 | Boatmen's National Mortgage | Unsecured claim payment | $ 222.21 |
| 43 | Andrew King | Unsecured claim payment | $ 14.02 |
| 45 | Rev. Wilfret Johnson | Unsecured claim payment | $ 4.28 |
| 59 | Steven M. Spiegel, APLC | Unsecured claim payment | $ 2.59 |
| 60 | Mortgage Properties Corp. | Unsecured claim payment | $ 13.38 |
| 61 | Fairfield Affiliates, Ltd. Partner | Unsecured claim payment | $ 195.23 |
| 62 | Mortgage Properties Corp. | Unsecured claim payment | $ 26.32 |
| 63 | GE Capital Asset Management Corp. | Unsecured claim payment | $ 3.89 |
| 64 | Mortgage Properties Corp. | Unsecured claim payment | $ 4.79 |
| 65 | GE Capital Asset Management Corp. | Unsecured claim payment | $ 6.49 |
| 66 | Mortgage Properties Corp. | Unsecured claim payment | $ 34.47 |
| 67 | Fairfield Affiliates, Ltd. Partner | Unsecured claim payment | $ 2.59 |
| 69 | L. R. Hogan/P. K. Jones | Unsecured claim payment | $ 5.12 |
| 70 | Craig Funck | Unsecured claim payment | $ 90.88 |
| 73 | William & Miriam Schultz | Unsecured claim payment | $ 9.32 |
| 74 | Andrea's Restaurant | Unsecured claim payment | $ 27.27 |
| 76 | Liberty Corp. dba State Nat'l. Title Guar. Co. | Unsecured claim payment | $ 98.13 |
| 82 | Dr. G. Jeannette Hodge | Unsecured claim payment | $ 120.09 |
| 91 | Roy J. Tastet | Unsecured claim payment | $ 77.24 |
| 93 | First Bankcard Center | Unsecured claim payment | $ 17.71 |
| 94 | First Bankcard Center | Unsecured claim payment | $ 17.00 |
| 98 | Gilmore Auction & Realty Co.-D | Unsecured claim payment | $ 3.89 |
| 99 | Gilmore Auction & Realty Co.-C | Unsecured claim payment | $ 6.61 |
| 100 | Gilmore Auction & Realty Co.-B | Unsecured claim payment | $ 6.61 |
| 101 | Gilmore Auction & Realty Co.-A | Unsecured claim payment | $ 9.09 |
| | | | $ 6,043.97 |